■ In the Matter of PATRICIA I. and Another, Alleged to be Children of a Mentally Ill Parent and Permanently Neglected Children. SCHOHARIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; NANCY I., Appellant

Kane, J. P., Main, Yesawich, Jr., Levine and Harvey, JJ., concur.